AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2018 AUG 22 PM 3:07
CLERK
BY ___EH___
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Samir Doshi | ) | Case No. |
| | ) | |
| | ) | 2:18-mj-115 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2018__ in the county of __Chittenden__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a), 846 | Conspiracy to knowingly and intentionally distribute controlled substances. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Michael Nagle, FDA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/22/2018__

_____
*Judge's signature*

City and state: __Burlington, VT__    Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*